*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 24-BG-0805**

In re FRANCIS H. KOH,

      Respondent.
A Member of the Bar of the
District of Columbia Court of Appeals           **DDN:** 2024-D084
**Bar Registration No. 486602**

BEFORE: Beckwith and Howard, Associate Judges, and Thompson, Senior Judge.

### O R D E R
(FILED— November 21, 2024)

On consideration of the certified order from the Virginia State Bar Disciplinary Board suspending respondent from the practice of law for six months; this court's September 18, 2024, order suspending respondent pending disposition of this matter and directing him to show cause why reciprocal discipline should not be imposed; respondent's letter stating that he does not oppose reciprocal discipline; and the statement of Disciplinary Counsel requesting that reinstatement be conditioned upon respondent's reinstatement in Virginia; and it appearing that respondent has not filed his D.C. Bar R. XI, § 14(g) affidavit; and it further appearing that pursuant to D.C. Bar R. XI, § 16(c), respondent's reinstatement does not require that he file a petition for reinstatement, it is

ORDERED that Francis H. Koh is hereby suspended from the practice of law in the District of Columbia for six months. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare); *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption of identical reciprocal discipline applies unless one of the exceptions is established). It is

No. 24-BG-0805

FURTHER ORDERED that, for purposes of reinstatement, Mr. Koh's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**